JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TYE-WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAINING MATE, LLC,<br><br>　　　　　Defendant. | Case No. CV 23-6820-MWF(MARx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

　　　The Court has reviewed the parties' Stipulation of Dismissal (Docket No. 33). For good cause shown, the Court grants the parties' request. IT IS ORDERED that this action is DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

　　　**IT IS SO ORDERED.**

Dated: June 14, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-